**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Anna M. Bacon<br>                              <u>Debtor</u><br><br>THE UNITED STATES OF AMERICA<br>                              <u>Movant</u><br>                    v.<br>Anna M. Bacon<br>                              <u>Debtor</u><br><br>Lynn E. Feldman<br>                              <u>Trustee</u> | CHAPTER 7<br>BK NO: 17-11639 JKF |

## AMENDED CERTIFICATE OF SERVICE

I, the undersigned, certify that I served or caused to be served, on <u>April 21, 2017</u>, a copy of the above Certificate of No Objection filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Lynn E. Feldman (ALSO VIA ECF)
Feldman Law Offices PC
221 N. Cedar Crest Boulevard
Allentown, PA 18104

Timothy Wilfong
Law Office of Timothy E. Wilfong LLC
20 South Main Street
Phoenixville, PA 19460

Anna M. Bacon
82 Hannah Court
Royersford, PA 19468

Method of Service:       Mail <u>first class</u>; Specify if other:

Date:  <u>April 21, 2017</u>

                                                  **/s/ Matteo S. Weiner, Esquire**
                                                  Matteo S. Weiner, Esquire
                                                  Thomas I. Puleo, Esquire
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA  19106
                                                  215-627-1322
                                                  Attorneys for Movant/Applicant