United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-11639-jkf
Anna M Bacon                                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Apr 27, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.
db             +Anna M Bacon,    82 Hannah Court,    Royersford, PA 19468-2293

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:
        LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    The United States Of America
        bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    The United States Of America tpuleo@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    USDA Rural Housing Service tpuleo@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        TIMOTHY   WILFONG    on behalf of Debtor Anna M Bacon timwilfong@aol.com,   notice1776@gmail.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                   TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Anna M. Bacon,<br>    Debtor | CHAPTER 7 |
| THE UNITED STATES OF AMERICA, acting through the Rural Housing, Service, United States Department of Agriculture,<br>    Movant<br>vs.<br>Anna M. Bacon,<br>    Debtor<br>    and<br>Lynn E. Feldman, Esquire,<br>    Trustee | NO. 17-11639 JKF<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this 26th day of April, 2017, upon Motion of the United States of America, acting through the Rural Housing, Service, United States Department of Agriculture, and upon the failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 82 Hannah Ct., Royersford, PA 19468 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

cc: See attached service list

Certificate of Notice    Page 3 of 3

Anna M. Bacon
82 Hannah Court
Royersford, PA 19468

BRIAN EDWARD WILFONG, 732 Hood Road
Swarthmore, PA 19086

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532


Case 17-11639-jkf    Doc 18    Filed 04/29/17    Entered 04/30/17 01:04:51    Desc Imaged
Certificate of Notice    Page 3 of 3

Anna M. Bacon
82 Hannah Court
Royersford, PA 19468

BRIAN EDWARD WILFONG, 732 Hood Road
Swarthmore, PA 19086

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532