United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anna M Bacon  
    Debtor  

Case No. 17-11639-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey      Page 1 of 1      Date Rcvd: Jun 13, 2017  
                          Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2017.  
db         #+Anna M Bacon,    82 Hannah Court,    Royersford, PA 19468-2293

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2017 at the address(es) listed below:  
         LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    The United States Of America  
          bkgroup@kmllawgroup.com  
         THOMAS I. PULEO     on behalf of Creditor    The United States Of America tpuleo@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         THOMAS I. PULEO     on behalf of Creditor    USDA Rural Housing Service tpuleo@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         TIMOTHY    WILFONG     on behalf of Debtor Anna M Bacon timwilfong@aol.com,   notice1776@gmail.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                        TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                    : Chapter 7

Anna M Bacon                                                                  : Case No. 17−11639−jkf

       Debtor(s)

### ORDER
_____

    AND NOW, this day , June 13, 2017 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                           By The Court

                           Jean K. FitzSimon
                           Judge , United States Bankruptcy Court